Hans W. Herb, Esq. SBN 136018
LAW OFFICES OF HANS W. HERB
P. O. Box 970
Santa Rosa, CA 95402
707/576-0757
707/575-0364 Fax

Counsel for Plaintiff
Pamela Denise Pringle

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA DENISE PRINGLE,<br><br>    Plaintiff,<br><br>v.<br><br>BRENT CARDALL et al,<br><br>    Defendants. | No. 2:18-cv-02035 WBS-KJN<br><br>**ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE AT THE HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Date: January 7, 2019<br>Time: 1:30 p.m.<br>Dept: 5<br>Honorable William B. Schubb |

    Good cause appearing therefor, Plaintiff's counsel's request to appear by telephone at the January 7, 2019, hearing on Defendants' Motion to Dismiss, Stay, Sever or Transfer is hereby GRANTED.

    The courtroom deputy shall email Plaintiff's counsel Hans W. Herb at hans@tankman.com with instructions on how to participate in the telephone conference call. Counsel shall immediately confirm receipt of said email.

    IT IS SO ORDERED.

Dated: December 28, 2018

                                                                                                
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE - 1