UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA DENISE PRINGLE,<br><br>Plaintiff,<br><br>v.<br><br>BRENT CARDALL, et al.,<br><br>Defendants. | No. 2:18-cv-2035-WBS-KJN<br><br><br><br>ORDER |

On January 2, 2019, plaintiff filed a motion for default judgment against some of the named defendants. (ECF No. 31.) However, already pending before the assigned district judge is a motion to set aside the default previously entered against those defendants. (ECF No. 30.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for default judgment (ECF No. 31) is DENIED WITHOUT PREJUDICE.
2. After the district judge resolves the motion to set aside the entry of default, plaintiff may re-notice a motion for default judgment before the undersigned, if appropriate.

Dated: January 4, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE