| | |
|---|---|
| PAMELA DENISE PRINGLE, | **Case No.: 2:18-CV-02035-WBS-KJN** |
| Plaintiff, | |
| vs. | **ORDER GRANTING DEFENDANTS' MOTION TO APPEAR VIA TELEPHONE FOR HEARING ON MOTION TO SET ASIDE DEFAULT AND MOTION TO QUASH SERVICE OF SUMMONS AND AMENDED COMPLAINT** |
| BRENT CARDALL, COUNTY OF YOLO, YOLO COUNTY PROBATION DEPARTMENT, ANTHONY PENNELLA, SANDY JONES, AMANDA GENTRY, JUDY MESICK, NOEL BARLOW-HUST, CINDY McDONALD, MARK ALAN KUBINSKI, ELISA SUE MAGNUSON, JOHN DOES 1-20, and JANE DOES 1-20, inclusive, | |
| | Hearing Date: February 19, 2019 |
| | Hearing Time: 1:30 P.M. |
| | Judge: Hon. William B. Shubb |
| | Place: Courtroom 5, Floor 14 |
| Defendants. | |

IT IS HEREBY ORDERED that:

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO APPEAR VIA TELEPHONE FOR HEARING ON MOTION TO SET ASIDE DEFAULT AND MOTION TO QUASH SERVICE OF SUMMONS AND AMENDED COMPLAINT [TYPE BODY OF PLEADING HERE.]- 1

Defendants' motion to appear via telephone is GRANTED. Defendants' counsel is approved to appear via telephone on February 19, 2019 at 1:30 pm or as soon thereafter as the court calls Defendants' Motion to Set Aside Default and Motion to Quash Service of Summons and Amended Complaint.

The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call. Counsel shall immediately confirm receipt of said email.

**Dated: January 24, 2019**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO APPEAR VIA TELEPHONE FOR HEARING ON MOTION TO SET ASIDE DEFAULT AND MOTION TO QUASH SERVICE OF SUMMONS AND AMENDED COMPLAINT [TYPE BODY OF PLEADING HERE.]- 2