UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PAMELA DENISE PRINGLE,<br><br>Plaintiff,<br><br>v.<br><br>BRENT CARDALL, COUNTY OF YOLO, YOLO COUNTY PROBATION DEPARTMENT, SANDY JONES, AMANDA GENTRY, NOEL BARLOW-HUST, CINDY McDONALD, MARK ALAN KUBINSKI, ELISA SUE MAGNUSON, JOHN DOES 1-20, and JANE DOES 1-20, inclusive,<br><br>Defendants. | No. 2:18-cv-2035-WBS-KJN<br><br>ORDER |

----oo0oo----

Before this court is defendants' Motion to Set Aside the Default and to Quash Service of Summons and the Amended Complaint. (Docket No. 30.)

I. Motion to Set Aside the Default

A court may set aside an entry of default for good cause. Fed. R. Civ. P. 55(c). Upon a careful review of the

1

record, the court finds that good cause exists to set aside the entry of default as to defendants Noel Barlow-Hust, Amanda Gentry, Sandy Jones, Mark Alan Kubinski, Elisa Sue Magnuson, Cindy McDonald, and Judy Mesick. (Docket No. 22.) Said motion is therefore GRANTED.

The court withholds decision on whether to condition this Order upon defendants' payment of reasonable attorney's fees and costs for the preparation of plaintiff's Motion for Default Judgment. As discussed at the hearing, within fourteen (14) days from the date of this Order, the parties shall file any evidence which would aid the court making that determination. After receipt of such materials the court will make its determination on that issue.

II. Motion to Quash Service

Pursuant to its discussion with the parties at oral argument, the court will refrain from ruling on defendant's Motion to Quash Summons and Amended Complaint for fourteen (14) days from the date of this order. During that period, plaintiff shall: (1) deliver or mail via certified mail two (2) copies of the summons and complaint to the Attorney General or Assistant Attorney General of the State of Idaho; and (2) serve each defendant sued in his or her individual capacity with a full-size copy of the summons and complaint via first-class mail, postage prepaid, requiring a return receipt. For the purposes of this action, defendants' counsel Elisa Sue Magnuson will accept service on behalf of all defendants in their individual capacity.

When plaintiffs have complied with the foregoing conditions, counsel shall so inform the court and the Motion to

2

Quash will be denied at that time.

IT IS SO ORDERED.

Dated: February 21, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE