JOHN A. WHITESIDES, ESQ., SBN 125611
   Email: jwhitesides@akk-law.com
DERICK E. KONZ, ESQ., SBN 286902
   Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF YOLO [also sued as "Yolo County Probation Dept."]
and BRENT CARDALL

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA DENISE PRINGLE,<br><br>                              Plaintiff,<br><br>        vs.<br><br>BRENT CARDALL, et al.<br><br>                              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:18-cv-02035-WBS-KJN<br><br>**ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendants COUNTY OF YOLO and BRENT CARDALL (collectively, "Defendants") hereby answer Plaintiff's First Amended Complaint (ECF No. 7 ("FAC")):

1. Answering Paragraph 1, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants deny that they were involved in a conspiracy to unlawfully violate Plaintiff's rights and are without sufficient knowledge or information to form a belief as to the truth of any remaining allegations, and on that basis, deny them.

2. Answering Paragraph 2, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis,

deny them.

3.  Answering Paragraph 3, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants admit that Brent Cardall was the Chief Probation Officer for the Yolo County Probation Department in 2016, 2017, and 2018.

4.  Answering Paragraph 4, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants admit that the County of Yolo is a municipal entity, organized and existing under the laws of the state of California and that the Yolo County Probation Department is a department of the County of Yolo.

5.  Answering Paragraph 5, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

6.  Answering Paragraph 6, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

7.  Answering Paragraph 7, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

8.  Answering Paragraph 8, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without

sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

9. Answering Paragraph 9, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

10. Answering Paragraph 10, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

11. Answering Paragraph 11, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

12. Answering Paragraph 12, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

13. Answering Paragraph 13, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

14. Answering Paragraph 14, to the extent that these allegations are conclusions of

ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

15. Answering Paragraph 15, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

16. Answering Paragraph 16, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

17. Answering Paragraph 17, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

18. Answering Paragraph 18, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

19. Answering Paragraph 19, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants do not dispute subject matter jurisdiction.

20. Answering Paragraph 20, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not

conclusions of law, Defendants respond as follows: Defendants do not dispute subject matter jurisdiction.

21. Answering Paragraph 21, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants deny that a substantial portion of the acts and/or omissions described in the FAC, or the alleged resulting harm to Plaintiff, occurred in this District, and therefore, Defendants deny that venue is proper.

22. Answering Paragraph 22, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.  Defendants deny that venue is proper.

23. Answering Paragraph 23, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

24. Answering Paragraph 24, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

25. Answering Paragraph 25, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

26. Answering Paragraph 26, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis,

deny them.

27. Answering Paragraph 27, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

28. Answering Paragraph 28, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

29. Answering Paragraph 29, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

30. Answering Paragraph 30, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

31. Answering Paragraph 31, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

32. Answering Paragraph 32, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

33. Answering Paragraph 33, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

34. Answering Paragraph 34, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

35. Answering Paragraph 35, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

36. Answering Paragraph 36, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

37. Answering Paragraph 37, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

38. Answering Paragraph 38, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

39. Answering Paragraph 39, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

40. Answering Paragraph 40, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

41. Answering Paragraph 41, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

42. Answering Paragraph 42, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

43. Answering Paragraph 43, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

44. Answering Paragraph 44, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

45. Answering Paragraph 45, Defendants are without sufficient knowledge or

ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

information to form a belief as to the truth of these allegations, and on that basis, deny them.

46. Answering Paragraph 46, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

47. Answering Paragraph 47, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

48. Answering Paragraph 48, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

49. Answering Paragraph 49, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

50. Answering Paragraph 50, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

51. Answering Paragraph 51, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

52. Answering Paragraph 52, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

53. Answering Paragraph 53, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

54. Answering Paragraph 54, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

55. Answering Paragraph 55, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

56. Answering Paragraph 56, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

57. Answering Paragraph 57, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

58. Answering Paragraph 58, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

59. Answering Paragraph 59, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

60. Answering Paragraph 60, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

61. Answering Paragraph 61, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

62. Answering Paragraph 62, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

63. Answering Paragraph 63, Defendants are without sufficient knowledge or

information to form a belief as to the truth of these allegations, and on that basis, deny them.

64. Answering Paragraph 64, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

65. Answering Paragraph 65, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

66. Answering Paragraph 66, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

67. Answering Paragraph 67, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

68. Answering Paragraph 68, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

69. Answering Paragraph 69, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

70. Answering Paragraph 70, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

71. Answering Paragraph 71, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

72. Answering Paragraph 72, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis,

deny them.

73. Answering Paragraph 73, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

74. Answering Paragraph 74, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

75. Answering Paragraph 75, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

76. Answering Paragraph 76, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

77. Answering Paragraph 77, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

78. Answering Paragraph 78, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

79. Answering Paragraph 79, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

80. Answering Paragraph 80, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not

conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

81. Answering Paragraph 81, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

82. Answering Paragraph 82, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

83. Answering Paragraph 83, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

84. Answering Paragraph 84, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

85. Answering Paragraph 85, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

86. Answering Paragraph 86, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

87. Answering Paragraph 87, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

88. Answering Paragraph 88, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

89. Answering Paragraph 89, Defendants are without sufficient knowledge or

information to form a belief as to the truth of these allegations, and on that basis, deny them.

90. Answering Paragraph 90, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

91. Answering Paragraph 91, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

92. Answering Paragraph 92, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

93. Answering Paragraph 93, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

94. Answering Paragraph 94, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

95. Answering Paragraph 95, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

96. Answering Paragraph 96, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

97. Answering Paragraph 97, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

98. Answering Paragraph 98, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis,

deny them.

99. Answering Paragraph 99, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

100. Answering Paragraph 100, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

101. Answering Paragraph 101, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

102. Answering Paragraph 102, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

103. Answering Paragraph 103, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

104. Answering Paragraph 104, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

105. Answering Paragraph 105, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

106. Answering Paragraph 106, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these

allegations, and on that basis, deny them.

107. Answering Paragraph 107, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

108. Answering Paragraph 108, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

109. Answering Paragraph 109, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

110. Answering Paragraph 110, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

111. Answering Paragraph 111, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

112. Answering Paragraph 112 to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

113. Answering Paragraph 113, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without

sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

114. Answering Paragraph 114, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

115. Answering Paragraph 115, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

116. Answering Paragraph 116, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

117. Answering Paragraph 117, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

118. Answering Paragraph 118, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

119. Answering Paragraph 119, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

120. Answering Paragraph 120, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

121. Answering Paragraph 121, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without

sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

122. Answering Paragraph 122, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

123. Answering Paragraph 123, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

124. Answering Paragraph 124, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

125. Answering Paragraph 125, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

126. Answering Paragraph 126, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

127. Answering Paragraph 127, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

128. Answering Paragraph 128, to the extent that Plaintiff incorporates preceding paragraphs from her complaint into this paragraph, Defendants incorporate their preceding corresponding responses herein.

129. Answering Paragraph 129, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

130. Answering Paragraph 130, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Brent Cardall was an employee of the County of Yolo.  Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

131. Answering Paragraph 131, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

132. Answering Paragraph 132, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

133. Answering Paragraph 133, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

134. Answering Paragraph 134, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

135. Answering Paragraph 135, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not

conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

136. Answering Paragraph 136, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

137. Answering Paragraph 137, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

138. Answering Paragraph 138, to the extent that Plaintiff incorporates preceding paragraphs from her complaint into this paragraph, Defendants incorporate their preceding corresponding responses herein.

139. Answering Paragraph 139, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

140. Answering Paragraph 140, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Brent Cardall was an employee of the County of Yolo.  Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

141. Answering Paragraph 141, to the extent that these allegations are conclusions of

law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

142. Answering Paragraph 142, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

143. Answering Paragraph 143, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

144. Answering Paragraph 144, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

145. Answering Paragraph 145, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

146. Answering Paragraph 146, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these

allegations, and on that basis, deny them.

147. Answering Paragraph 147, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

148. Answering Paragraph 148, to the extent that Plaintiff incorporates preceding paragraphs from her complaint into this paragraph, Defendants incorporate their preceding corresponding responses herein.

149. Answering Paragraph 149, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

150. Answering Paragraph 150, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Brent Cardall was an employee of the County of Yolo.  Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

151. Answering Paragraph 151, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

152. Answering Paragraph 152, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without

1    sufficient knowledge or information to form a belief as to the truth of these

2    allegations, and on that basis, deny them.

3    153.   Answering Paragraph 153, to the extent that these allegations are conclusions of

4    law, no response is required.  To the extent that any of these allegations are not

5    conclusions of law, Defendants respond as follows: Defendants are without

6    sufficient knowledge or information to form a belief as to the truth of these

7    allegations, and on that basis, deny them.

8    154.   Answering Paragraph 154, to the extent that these allegations are conclusions of

9    law, no response is required.  To the extent that any of these allegations are not

10   conclusions of law, Defendants respond as follows: Defendants are without

11   sufficient knowledge or information to form a belief as to the truth of these

12   allegations, and on that basis, deny them.

13   155.   Answering Paragraph 155, to the extent that these allegations are conclusions of

14   law, no response is required.  To the extent that any of these allegations are not

15   conclusions of law, Defendants respond as follows: Defendants are without

16   sufficient knowledge or information to form a belief as to the truth of these

17   allegations, and on that basis, deny them.

18   156.   Answering Paragraph 156, to the extent that these allegations are conclusions of

19   law, no response is required.  To the extent that any of these allegations are not

20   conclusions of law, Defendants respond as follows: Defendants are without

21   sufficient knowledge or information to form a belief as to the truth of these

22   allegations, and on that basis, deny them.

23   157.   Answering Paragraph 157, to the extent that these allegations are conclusions of

24   law, no response is required.  To the extent that any of these allegations are not

25   conclusions of law, Defendants respond as follows: Defendants are without

26   sufficient knowledge or information to form a belief as to the truth of these

27   allegations, and on that basis, deny them.

28

158. Answering Paragraph 158, to the extent that Plaintiff incorporates preceding paragraphs from her complaint into this paragraph, Defendants incorporate their preceding corresponding responses herein.

159. Answering Paragraph 159, to the extent that these allegations are conclusions of law, no response is required. To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

160. Answering Paragraph 160, to the extent that these allegations are conclusions of law, no response is required. To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

161. Answering Paragraph 161, to the extent that these allegations are conclusions of law, no response is required. To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

162. Answering Paragraph 162, to the extent that these allegations are conclusions of law, no response is required. To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

163. Answering Paragraph 163, to the extent that these allegations are conclusions of law, no response is required. To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

164. Answering Paragraph 164, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

165. Answering Paragraph 165, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

166. Answering Paragraph 166, to the extent that Plaintiff incorporates preceding paragraphs from her complaint into this paragraph, Defendants incorporate their preceding corresponding responses herein.

167. Answering Paragraph 167, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

168. Answering Paragraph 168, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

169. Answering Paragraph 169, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

170. Answering Paragraph 170, to the extent that Plaintiff incorporates preceding paragraphs from her complaint into this paragraph, Defendants incorporate their preceding corresponding responses herein.

171. Answering Paragraph 171, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

172. Answering Paragraph 172, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

173. Answering Paragraph 173, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

174. Answering Paragraph 174, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

175. Answering Paragraph 175, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

176. Answering Paragraph 176, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

177. Answering Paragraph 177, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

178. Answering Paragraph 178, to the extent that Plaintiff incorporates preceding paragraphs from her complaint into this paragraph, Defendants incorporate their preceding corresponding responses herein.

179. Answering Paragraph 179, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

180. Answering Paragraph 180, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Brent Cardall was an employee of the County of Yolo.  Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

181. Answering Paragraph 181, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these

allegations, and on that basis, deny them.

182. Answering Paragraph 182 to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

183. Answering Paragraph 183, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

184. Answering Paragraph 184, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

185. Answering Paragraph 185, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

186. Answering Paragraph 186, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

187. Answering Paragraph 187, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not

ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

188. Answering Paragraph 188, to the extent that Plaintiff incorporates preceding paragraphs from her complaint into this paragraph, Defendants incorporate their preceding corresponding responses herein.

189. Answering Paragraph 189, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

190. Answering Paragraph 190, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

191. Answering Paragraph 191, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

192. Answering Paragraph 192, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

193. Answering Paragraph 193, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not

conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

194. Answering Paragraph 194, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

195. Answering Paragraph 195, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

196. Answering Paragraph 196, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

197. Answering Paragraph 197, to the extent that Plaintiff incorporates preceding paragraphs from her complaint into this paragraph, Defendants incorporate their preceding corresponding responses herein.

198. Answering Paragraph 198, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not conclusions of law, Defendants respond as follows: Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, deny them.

199. Answering Paragraph 199, to the extent that these allegations are conclusions of law, no response is required.  To the extent that any of these allegations are not

1   conclusions of law, Defendants respond as follows: Defendants are without

2   sufficient knowledge or information to form a belief as to the truth of these

3   allegations, and on that basis, deny them.

4

5   **AFFIRMATIVE DEFENSES**

6   These answering Defendants allege the following separate and distinct affirmative

7   defenses:

8   1.   The FAC and each alleged claim for relief therein fails to allege facts sufficient to

9   constitute any cognizable claim for relief.

10   2.   The FAC fails to state facts sufficient to support a punitive damages award.

11   3.   Defendants are immune from liability as a result of executive and/or legislative

12   and/or judicial immunity under the common law, United States Statutes, and the opinions of the

13   State and Federal Courts interpreting these laws.

14   4.   Defendants are entitled to state-law statutory immunity.

15   5.   Defendants are entitled to qualified immunity under federal law.

16   6.   Defendants are entitled to the defenses and all rights granted to them by virtue of

17   the provisions of the California Government Code Sections 810-996.6, inclusive.  This includes

18   but is not limited to Plaintiff's failure to comply with the Government Claims Act for any claims

19   not included in their tort claims.

20   7.   Defendants are not vicariously liable for any act or omission of another person by

21   way of respondeat superior or otherwise.

22   8.   All claims for relief are barred by the applicable statute of limitations.

23   9.   All claims are barred by Plaintiff's failure to join all indispensable parties.

24   10.   Defendants assert that if they are adjudged, decreed, or otherwise determined to

25   be liable to Plaintiff, then in that event, Defendants will be entitled to apportion the degree of

26   fault or responsibility for said incident attributable to the Plaintiff, or to any other individual

27   named herein or yet to be named. The amount of damages attributable to these answering

28   Defendants is to be abated, reduced, or eliminated to the extent that the negligence of others

1   contributed to the Plaintiff's claimed damages, if any there were.

2        11.   Plaintiff has failed to mitigate her damages, if any there are.

3        12.   Plaintiff's claims are barred pursuant to the doctrine of unclean hands.

4        13.   Venue is improper.

5        14.   Defendants cannot fully anticipate all affirmative defenses that may be applicable

6   to this action based on the conclusory terms used in the FAC.  Accordingly, Defendants reserve

7   the right to assert additional affirmative defenses if and to the extent that such affirmative

8   defenses become applicable.

9   WHEREFORE, Defendants pray:

10        1.   That Plaintiff's Complaint be dismissed in its entirety without leave to amend and

11             that Plaintiff take nothing by way of the Complaint;

12        2.   That Defendants be henceforth dismissed from this matter with prejudice;

13        3.   That judgment be entered in favor of Defendants and against Plaintiff;

14        4.   That Defendants be awarded attorney's fees and costs of suit incurred under and

15             by virtue of the laws stated above; and

16        5.   For such other and further relief as the Court deems just and proper.

18   Dated:  February 25, 2019                    ANGELO, KILDAY & KILDUFF, LLP

19                                               */s/ Derick E. Konz*

20                                               By:_____
21                                                  JOHN A. WHITESIDES
22                                                  DERICK E. KONZ
                                                   Attorneys for Defendants COUNTY OF
                                                   YOLO and BRENT CARDALL

ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

**DEMAND FOR A JURY TRIAL**

Defendants, and each of them, respectfully demands that all issues of fact be tried herein by and before a jury.


Dated:  February 25, 2019                    ANGELO, KILDAY & KILDUFF, LLP

                                             */s/ Derick E. Konz*

                                             By:_____
                                                 JOHN A. WHITESIDES
                                                 DERICK E. KONZ
                                                 Attorneys for Defendants COUNTY OF
                                                 YOLO and BRENT CARDALL