UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| PAMELA DENISE PRINGLE,<br><br>Plaintiff,<br><br>vs.<br><br>BRENT CARDALL, COUNTY OF YOLO, YOLO COUNTY PROBATION DEPARTMENT, ANTHONY PENNELLA, SANDY JONES, AMANDA GENTRY, JUDY MESICK, NOEL BARLOW-HUST, CINDY McDONALD, MARK ALAN KUBINSKI, ELISA SUE MAGNUSON, JOHN DOES 1-20, and JANE DOES 1-20, inclusive,<br><br>Defendants. | **Case No.: 2:18-CV-02035-WBS-KJN**<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO APPEAR VIA TELEPHONE FOR HEARING ON DEFENDANTS' MOTION TO DISMISS AND IMPROPER VENUE**<br><br>Hearing Date: April 22, 2019<br>Hearing Time: 1:30 P.M.<br>Judge: Hon. William B. Shubb<br>Place: Courtroom 5, Floor 14 |

IT IS HEREBY ORDERED that:

/././

/././

Defendants' motion to appear via telephone is GRANTED.  Defendants' counsel is approved to appear via telephone on April 22, 2019 at 1:30 pm or as soon thereafter as the court calls Defendants' Motion to Dismiss and Improper Venue.

The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.  Counsel shall immediately confirm receipt of said email.

**Dated:  April 1, 2019**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS' MOTION TO APPEAR VIA TELEPHONE FOR HEARING ON DEFENDANTS' MOTION TO DISMISS AND IMPROPER VENUE- 2