```
 1
 2
 3
 4
 5
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                  EASTERN DISTRICT OF CALIFORNIA
10                         ----oo0oo----
11
```

| | |
|---|---|
| PAMELA DENISE PRINGLE,<br><br>        Plaintiff,<br><br>   v.<br><br>BRENT CARDALL, COUNTY OF YOLO, YOLO COUNTY PROBATION DEPARTMENT, SANDY JONES, AMANDA GENTRY, NOEL BARLOW-HUST, CINDY McDONALD, MARK ALAN KUBINSKI, ELISA SUE MAGNUSON, JOHN DOES 1-20, and JANE DOES 1-20, inclusive,<br><br>        Defendants. | No. 2:18-cv-2035 WBS KJN<br><br>ORDER |

```
                           ----oo0oo----
```

The court has read and considered plaintiff's Ex Parte Application to Strike as well as defendants' Response thereto. (Docket Nos. 59 and 60.)

Pursuant to the court's March 20, 2019 Order, the setting aside of the Idaho defendants' default was conditioned upon their payment of attorney's fees and costs associated with

1

the preparation of plaintiff's Motion for Entry of Default Judgment.  (Docket No. 56.)  Since the Idaho defendants have not yet paid those attorney's fees and costs--and are unlikely to do so in the weeks before the April 22, 2019, hearing on their Motion to Dismiss--the court will postpone the hearing on the Idaho defendants' Motion to Dismiss until after they have satisfied the court's order for payment of attorney's fees and costs.

IT IS THEREFORE ORDERED that the hearing on defendants' Motion to Dismiss (Docket No. 53) is hereby dropped from the court's calendar, to be reset upon the application of either party after defendants have timely and completely complied with all court orders regarding the payment of attorney's fees and costs associated with the preparation of plaintiff's Motion for Entry of Default Judgment.

Dated:  April 3, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE