UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| PAMELA DENISE PRINGLE,<br><br>Plaintiff,<br><br>vs.<br><br>BRENT CARDALL, COUNTY OF YOLO, YOLO COUNTY PROBATION DEPARTMENT, ANTHONY PENNELLA, SANDY JONES, AMANDA GENTRY, JUDY MESICK, NOEL BARLOW-HUST, CINDY McDONALD, MARK ALAN KUBINSKI, ELISA SUE MAGNUSON, JOHN DOES 1-20, and JANE DOES 1-20, inclusive,<br><br>Defendants. | **Case No.: 2:18-CV-02035-WBS-KJN**<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO APPEAR VIA TELEPHONE FOR HEARING ON DEFENDANTS' MOTION TO DISMISS AND IMPROPER VENUE**<br><br>Hearing Date: August 26, 2019<br>Hearing Time: 1:30 P.M.<br>Judge: Hon. William B. Shubb<br>Place: Courtroom 5, Floor 14 |

IT IS HEREBY ORDERED that:

/././

/././

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO APPEAR VIA TELEPHONE FOR HEARING ON DEFENDANTS' MOTION TO DISMISS AND IMPROPER VENUE- 1

| | |
|---|---|
| 1 | Defendants' motion to appear via telephone is GRANTED.  Defendants' counsel is approved to appear via telephone on August 26, 2019 at 1:30 pm or as soon thereafter as the court calls Defendants' Motion to Dismiss and Improper Venue. |
| 2 | |
| 3 | |
| 4 | The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.  Counsel shall immediately confirm receipt of said email. |
| 5 | |

Dated: May 30, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO APPEAR VIA TELEPHONE FOR HEARING ON DEFENDANTS' MOTION TO DISMISS AND IMPROPER VENUE- 2