UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PAMELA DENISE PRINGLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRENT CARDALL, COUNTY OF YOLO, YOLO COUNTY PROBATION DEPARTMENT, SANDY JONES, AMANDA GENTRY, NOEL BARLOW-HUST, CINDY McDONALD, MARK ALAN KUBINSKI, ELISA SUE MAGNUSON, JOHN DOES 1-20, and JANE DOES 1-20, inclusive,<br><br>　　　　　Defendants. | No.　2:18-cv-02035 WBS KJN<br><br>ORDER RE: PLAINTIFF'S MOTION FOR RECONSIDERATION |

----oo0oo----

On October 14, 2020, plaintiff moved for reconsideration of the court's September 30, 2020 order granting her request for attorney's fees and costs.  (See Docket Nos. 113, 114.)  The court has considered plaintiff's objections and is not persuaded thereby to change its decision.  Requiring defendant to respond to her motion would only serve to needlessly increase the attorney's fees on both sides.

1

IT IS THEREFORE ORDERED that plaintiff's motion for reconsideration be, and the same hereby is, DENIED.

Dated: October 14, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE