Hans W. Herb, Esq. SBN 136018
LAW OFFICES OF HANS W. HERB
P. O. Box 970
Santa Rosa, CA  95402
707/576-0757
707/575-0364 Fax

Counsel for Plaintiff
Pamela Denise Pringle

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA DENISE PRINGLE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRENT CARDALL, et al.<br><br>　　　　　Defendants. | No.  2:18-cv-02035 WBS-KJN<br><br>**STIPULATION TO DISMISS ENTIRE ACTION AGAINST ALL DEFENDANTS WITH PREJUDICE; [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41(a)(2)** |

　　　　Plaintiff Pamela Denise Pringle ("Plaintiff"); Defendants Brent Cardall and the County of Yolo ("Yolo"), by and through their attorneys of record, and Defendant Anthony Pennella, by and through his attorney of record, hereby enter into this Stipulation to Dismiss Plaintiff's complaint and all claims against Defendants with prejudice.

　　　　WHEREAS, Plaintiff and Defendants (the "Parties") have entered into a settlement agreement that achieves a full and final settlement of all Plaintiff's claims against Defendants as set forth in the Complaint filed in this matter on July 25, 2018.

　　　　WHEREAS, on July 29, 2021, the Parties filed a Notice of Settlement notifying the Court that the Parties had reached a settlement of this matter.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that Plaintiff's Complaint and all claims against Defendants shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

The Parties respectfully request an order from this Court dismissing such claims with prejudice, with each side to bear their own attorney fees and costs.

Dated: September 3, 2021        LAW OFFICE OF HANS W. HERB

By: _____
Hans W. Herb
Attorney for Plaintiff

Dated: September 2, 2021        ANGELO KILDAY KILDUFF

By:   /s/ John A. Whitesides
John A. Whitesides
Attorney for Yolo Defendants

Dated: September 3, 2021        REILY & JEFFERY, INC.

By:   /s/ Janine K. Jeffery
Janine K. Jeffery
Attorney for Anthony Pennella

STIPULATION FOR DISMISSAL  - 2

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the above-captioned action against Defendants is dismissed with prejudice.  Further, each party shall bear their own attorney fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2021

_____
HONORABLE WILLIAM B. SHUBB
United States District Judge